**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| SAMUEL FISHER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KEURIG DR PEPPER INC., and DR PEPPER/SEVEN UP, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 1:18-cv-11381-MLW

**DEFENDANTS' NOTICE OF CHANGE OF PARTY NAME**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT Defendants hereby inform the Court and Parties to this action that, effective July 9, 2018, Dr Pepper Snapple Group, Inc., changed its name to Keurig Dr Pepper Inc. ("KDP"), as described in the Form 8-K attached as Exhibit A, which was filed by KDP with the Securities and Exchange Commission on July 9, 2018. The company's address otherwise remains unchanged.

DATED:      July 23, 2018            Respectfully submitted,

                                     **By:** /s/ *Jonathan A. Shapiro*

                                     **BAKER BOTTS L.L.P.**
                                     Jonathan A. Shapiro
                                     BBO No. 567838
                                     jonathan.shapiro@bakerbotts.com
                                     Ariel House (*pro hac vice* pending)
                                     ariel.house@bakerbotts.com
                                     101 California Street, Suite 3600
                                     San Francisco, CA  94111
                                     Telephone:     (415) 291-6204
                                     Facsimile:      (415) 291-6304

                                     Van H. Beckwith (*pro hac vice* pending)
                                     van.beckwith@bakerbotts.com
                                     Monica H. Smith (*pro hac vice* pending)
                                     monica.smith@bakerbotts.com
                                     2001 Ross Avenue, Suite 900
                                     Dallas, TX 75201-2980
                                     Telephone:     (214) 953-6500
                                     Facsimile:      (214) 953-6503

                                     *Attorneys for Defendants*
                                     KEURIG DR PEPPER INC., AND DR
                                     PEPPER/SEVEN UP, INC.


## CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2018, I electronically filed the above document with the U.S. District Court for the District of Massachusetts by using the CM/ECF system.  All participants in the case are registered CM/ECF users who will be served by the CM/ECF system.

                                     */s/ Jonathan A. Shapiro*
                                     Jonathan A. Shapiro