**GUTRIDE SAFIER LLP**
MATTHEW T. MCCRARY (BBO 686708)
265 Franklin St, Suite 1702
Boston, MA 02110
Telephone: (214) 502-2171

MARIE A. MCCRARY (BBO 686707)
100 Pine Street, Suite 1250
San Francisco, California 94114
Telephone: (415) 639-9090

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SAMUEL FISHER, KACIE LAGUN, MICAH BURDICK, SCOTT MILLER, and LEROY JACOBS on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> KEURIG DR PEPPER, INC., DR PEPPER/SEVEN UP, INC. <br><br> Defendants. | C.A. No.: 1:18-cv-11381 <br><br> **PLAINTIFFS' NOTICE OF DISMISSAL** |

1

Plaintiffs SAMUEL FISHER, KACIE LAGUN, MICAH BURDICK, SCOTT MILLER, and LEROY JACOBS hereby dismiss with prejudice this action and all their claims asserted in this action against Defendants KEURIG DR PEPPER, INC. and DR PEPPER/SEVEN UP, INC. pursuant to Rule 41(a)(1)(A)(i) of the Federal Rule of Civil Procedure.

Dated:  May 21, 2019                                   **GUTRIDE SAFIER LLP**

/s/ Matthew T. McCrary
Matthew T. McCrary, Esq., (BBO 686708)
265 Franklin St, Suite 1702
Boston, MA 02110

Marie A. McCrary, Esq. (BBO 686707)
100 Pine Street, Suite 1250
San Francisco, California 94114
Telephone: (415) 639-9090

2

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party on May 21, 2019, by filing this document through the Court's electronic filing system.

/s/ Seth Safier/s/